**DeARCY HALL, J.**

**BLOOM, M.J.**

**ORIGINAL**

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 05 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**CV 19-0755**

Mr. Martin C. Smallwood / 16802,
Full name of plaintiff/prisoner ID#

    Plaintiff,

 -against-

Wayne County

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

    Defendants.
-----------------------------------------------------------x

JURY DEMAND
YES ✓   NO ✓

RECEIVED
FEB 05 2019
PRO SE OFFICE

I.   Previous Lawsuits:

  A.   Have you begun other lawsuits in state or federal court
    dealing with the same facts involved in this action or
    otherwise relating to your imprisonment? Yes (—) No (—)

  B.   If your answer to A is yes, describe each lawsuit in the space below
    (If there is more than one lawsuit, describe the additional lawsuits
    on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

     Plaintiffs:   Mr. Martin C. Smallwood

     Defendants:   New York State D.o.C. Marcy

    2. Court (if federal court, name the district;
     if state court, name the county)   Central

    3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: Richard M. Healy

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) On going Investigation

6. Approximate date of filing lawsuit: 12/14/18 or 7/81/18

7. Approximate date of disposition: _____

II. Place of Present Confinement: Wayne County Jail

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not This place has very limited research in the law library.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? We have, and I wrote on rewarte albcay.

2. What was the result? None yet, Must not give up.

2

III. Parties:
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Mr. Martin Clarence Smallwood
   Address  15 Maple Street Lyons N.Y 14489

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   Brian Schram - Wayne County Sheriff's Office (Deputy)

Defendant No. 2   Shane T. Blind - New York State Police (Trooper)

Defendant No. 3   Geoffrey Guvernor - New York State (Investigator)

Defendant No. 4   Ryan Braeger - New York State Police (Trooper)

Defendant No. 5   Lyons Town Court, Judge DeJaiu County Court, Judge Healy Joseph S. Damelio, Attorney

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

## IV. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On, 7/21/18 around 4:00 pm I reported being attacked, and hit in the head/back of the head with a 2x4 to John G. Wiltsie / Was detained minutes later, for unknown reason by Trooper Blind / 7/26/18, Preliminary hearing held at Lyons Town Court / Trooper Blind states "Because he was Black" - also states was a Black man walking away / Trooper Braeger and Trooper Blind both admits to not having a reason to arrest / Pre-liminary minutes / both have handwrote initial reports, Tpr. Braeger 7/21/18 at 7:20 pm - Tpr. Blind 7/21/18 at 8:32 pm / Both have change statements under oath Grand Jury statement by Tpr. Braeger states he "approximately came to the area at 5:30 pm" / 911 dispatch was 16:54 - Event Information - PWC072118058 / subj got hit in the head by 2x4 / Claim Witness - Mr. Joseph E. Lampley - Found by Sgt. Investigator Callanardo / Supporting Deposition (CPL § 100.20) by Tpr. Shane T. Blind states

### IV.A
If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I had a very large contusion to backside of my head, was also stab in the right upper arm by something see pic of Inv. Zabawa on 7/21/18.

On 9/4/18 was taken to Newark Wayne Hospital to check for brain damage, Patient ID# 1358979, for Rochester Regional Health. Visit # 2018-34723. People are not getting good medical here in Wayne County Jail

IV. Statement of Claim continuation: 11/22/18

"Martin then picked up a 2x4 piece of wood and forcefully slammed it on Martin's abdomen"/ Joseph E. Lampley change his statement up on 7/26/18 in Lyons Town Court, County of Wayne under oath claiming that Mr. Smallwood punch the man two times in the head, side, stomp him twice, then slammed the 2x4 on his abdomen"/ Stated he never read the deposition or have a copy/ He also did not see Mr. Smallwood in the courtroom that day,/ Stated (someone) Mr. Smallwood was wearing red and blue/

He then says a blackman called 911/ In his supporting Deposition on 7/21/18 at 5:33 pm to 6:18 pm states unknown black female called 911/ Signed under penal law §210.45/ 7/22/18 re-interviewed Mr. Lamplay - by Inv. Fuenfstueck - Inv Sarno states, did not see attacked with 2x4 or see Martin get hit with 2x4/ Sgt Eallonardo, written Deposition of Martin Smallwood at 7:07 pm Claim Miranda - 7:22 pm "a fight I reported to make sure everyone was alright" Claim - 7:34 pm "I want to go to hospital, I got hit in the back of the head by a 2x4" 7:07 pm - "Call my lawyer"

Video at State Trooper barracks Lyons N.Y with Interview by Geoffrey Governor Inv - Sgt Eallonardo/ I stated ya'll have kidnapped me against my free will/ gave no consent to be interviewed/ ask was free to go, Governor made threats/ was charge around 11:15 pm by fax or printout/ D.S.S Video Tape - Karen Langworthy - Angela Switzer

11/22/18

see back

IV.   Statement Claim:

Jennifer VanCamp State Police at of Williamson / Interviewed Antionette Stergis stated "she came around 3 pm, and that Martin came after"/ also claim other people was arguing / She said Joseph E. Camplay said he saw it all, then started to repeat it over and over / Miss Stergis called 911, and stated.

S/Inv Applebacher Interviewed Mr. Walker states "Martin being there later in the day"/ also states Martin and Camilo was not arguing early that day / Walker also states he went to the store that day with Camilo / also states he did not see anyone with a weapon /

Autopsy Completed at 11:01 am Internal 7/22/18

laceration to backside of heart / Blood in Chest Cavity + abdomen / laceration to liver at the falciform ligament / posterior left ventricle Full thickness laceration / split lip, Bruising of interior lip / Facility: M.C.M.E.O - Pathologist Dr. Lopez-Morell / Time of Death 5:41 pm / Abrasions to legs / Arm Pit - Upper Arm - Right Shoulder / Ambulance pulls over at 17:09 / Ambulance meets up at Jims Trailer World at 17:11 / Resuming Transport to Newark Hospital at 17:20 / was given 3 rounds of (in 6 mins) epinephrine / and continued CPR for over 30 mins / see Supporting Deposition by Trooper Fitch 6:32 / until 6:53 pm / see D.A Incident report / Tampering with statements / evidence / Witnesses / see Case Summary - Investigation Summary / see Forensic Identification Report - SP Lyons - Troop E - Case 03772320 / E-FIU  Cuk #: 18-165

On November 1, 2018 Capt BCI-Troop E Received a report Forensic Investigation Center Dated: Oct 31, 2018 - Lab case 18HL-04411 - Agency Case number: 8372320, E231-SP Lyons) Supplemental Report, by Kristine J. Robinson Forensic Scientist III and Assistant Director of Biological Science Administrative Reviewer.

Came to a conclusion that there was no blood on wood post items A4A-C and A4D-G. Also came to a conclusion that DNA from at least two donors, with the major contributor matching Camilo Robledo. Due to insufficient genetic Info, the remainder of profiles are not suitable for comparison. Albany has retained some if not most of this evidence to be stored frozen from Sept 17, 2018 to Sept. 2019 if there is no further activity on this case..

Was not taken to hospital until Sept 4, 2018 for cat scan.

Still have not gotten preliminary hearing mins, Trial starts on 25th of Jan '19.

V.     Relief:

State what relief you are seeking if you prevail on your complaint.

Seeking to sue for unlawful arrest, see Incident report simple assault / corruptedness / lien on the stand under oath without being charged / Falsifiing Records / Tampering with witnessess / putting statements in there own words / Hiding me from the news + or public / Trying to impeach me should I testify / universal Declantion of Human Rights - Article 11 Article 19 - Article 15 - Article 5 and Article 29 may help this complaint.

I declare under penalty of perjury that on 11/22/18 (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the ~~Eastern~~ Western District of New York.

Signed this 11/22/18 day of November, 2018. I declare under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Plaintiff

Wayne County Jail
Name of Prison Facility

P.O. Box 477
Lyons New York 14489
Address

16802
Prisoner ID#

5